IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VIDEO RENTAL OF PENNSYLVANIA, | § | CASE NO. 06-33188-H4-7 |
| INC. | § | Chapter 7 |
| | § | |
| | § | MOTION TO PAY FUNDS INTO |
| | § | THE REGISTRY UNDER |
| | § | 11 U.S.C. §347(A) |
| **DEBTOR(S)** | § | |

The undersigned trustee reports:

__X__  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

____  More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United State Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:  November 11, 2013           /s/ Randy W. Williams
                                    Randy W. Williams, Trustee
                                    Three Allen Center
                                    333 Clay Street, Suite 3300
                                    Houston, TX  77002
                                    (713) 654-8111
                                    (713) 654-1871 Facsimile

502306 000009 8215206.1

## CERTIFICATE OF SERVICE

I certify that the Motion to Pay Funds into the Registry Under 11 U.S.C. §347(a) was served on the U.S. Trustee by first class U.S. Mail, postage prepaid, on this 11th day of November, 2013, unless served by ECF at the time of electronic filing.

/s/ Randy W. Williams
Randy W. Williams, Trustee

502306 000009 8215206.1