## DIVIDEND REPORT

| | | Page No: | 1 |
|---|---|---|---|
| Case No: | 06-33188-H4-7 | Date Printed: | 11/11/2013 |
| Case Name: | VIDEO RENTAL OF PENNSYLVANIA, INC. | Check Number: | 5004 |
| Trustee Name: | Randy W. Williams | Check Date: | 08/13/2013 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 2 | MAWC<br>P.O. Box 800<br>Greensburg, PA 15601 | $408.13 | $0.34 |
| 3 | LASERTEK INC.<br>4242 Verona Road<br>Verona, PA 15147 | $650.64 | $0.55 |
| 4 | LASERTEK INC.<br>4242 Verona Road<br>Verona, PA 15147 | $650.64 | $0.55 |
| 6 | TRENDSOURCE<br>4891 Pacific Highway<br>San Diego, CA 92110 | $247.92 | $0.21 |
| 9 | WEST VIEW WATER AUTHORITY - 17<br>210 Perry Highway<br>Pittsburgh, PA 152291895 | $31.21 | $0.03 |
| 19 | INTERNATIONAL CUP CO.<br>P O Box 1176<br>Bennettsville, SC 29512 | $2,851.20 | $2.41 |

Total Check Amount: $4.09



EXHIBIT A